[No. 7786–1–III. Division Three. June 16, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
HENRY LANG, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 86–1–50005–6, Fred R. Staples, J., entered April 22, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[Nos. 7661–0–III; 7660–1–III. Division Three. June 16, 1987.]

*In the Matter of* J. GRUDZINSKI.

RANDALL CRAIG GRUDZINSKI, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

*In the Matter of the Marriage of* CATHERINE JOYCE GRUDZINSKI, *Respondent, and* RANDALL CRAIG GRUDZINSKI, *Appellant.*

Appeals from judgments of the Superior Court for Walla Walla County, Nos. 85–7–00013–6, 84–3–00010–9, Yancey Reser, J., entered February 27 and 20, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.